United States District Court
Southern District of Texas
**ENTERED**
July 30, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**CHRISTINE DE MIGUEL and BIANCA MONTALVO, Each Individually and on Behalf of All Others Similarly Situated, and RACHEL BALDWIN**　　　　　　　　　　**PLAINTIFFS**

vs.　　　　　　　　　　No. 4:20-cv-2966

**D. HOUSTON, INC., ALI DAVARI and HASSAN DAVARI**　　　　　　　　　　**DEFENDANTS**

### ORDER

Comes before this Court Plaintiffs' Opposed Motion to Dismiss Plaintiff Bianca Montalvo without Prejudice and Rachel Baldwin with Prejudice (ECF No. 39). The Court hereby finds:

1.　The claims of Plaintiff Bianca Montalvo ("Plaintiff Montalvo") are hereby dismissed without prejudice.

2.　The claims of Plaintiff Rachel Baldwin ("Plaintiff Baldwin") are hereby dismissed with prejudice.

3.　This dismissal is not intended to prejudice or otherwise impact Plaintiff Montalvo's right to pursue her claims in arbitration or Plaintiff Baldwin's right to administer the terms of her settlement in arbitration.

**IT IS SO ORDERED.**

Signed this 30th day of July 2021.



**HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE**